UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NEIL G. GOLDBERG, | ) | Case No.: C-05-3534  PVT |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | ) ) | |
| JAMES CAMERON, ET AL | ) ) | |
| Defendants. | ) ) | |

The Complaint in this case was filed on August 25, 2005.  A Case Management Conference was scheduled for February 7, 2006.[1]  On February 6, 2006, Plaintiff requested a continuance, stating only that the "case remains under evaluation."  The Court granted this last minute request and continued the Case Management Conference to May 23, 2006.  The Case Management Conference was later continued to June 29, 2006.  On June 28, 2006, Plaintiff again requested a continuance, again stating that the "case remains under evaluation."  The Court contacted Plaintiff's counsel and left a message indicating that the request to continue had been denied.  Because the request was not granted, the Case Management Conference remained on schedule for 11:00 a.m. on June 29, 2006.  Plaintiff neither filed a Case Management

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 Conference Statement nor appeared for the Case Management Conference.   Therefore,

2     IT IS HEREBY ORDERED that, no later than August 31, 2006, Plaintiff shall file a

3 declaration showing cause why this case should not be dismissed for failure to prosecute, based

4 on Plaintiff's failure to file a Case Management Conference statement, failure to appear at the

5 Case Management Conference, and apparent failure to effect timely service of process.

6 Dated:   June 29, 2006

7 *Patricia V. Trumbull* (signature)
_____
PATRICIA V. TRUMBULL

8 United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*