1  Bruce Isaacs, Esq., SBN 100926
2  David Boren, Esq., SBN 186316
   WYMAN & ISAACS LLP
3  8840 Wilshire Blvd., Second Floor
4  Beverly Hills, CA  90211
   E-mail address: bisaacs@wymanisaacs.com
5  E-mail address: dboren@wymanisaacs.com
6  Tele:  (310) 358-3221
   Fax:   (310) 358-3224
7
8  Attorneys for Defendant
9  GALE ANN HURD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH         *E-FILED - 5/2/07*

| | |
|---|---|
| NEIL B. GOLDBERG, | ) Case No.:  C05-03534 (RMW) |
| | ) (Assigned to the Hon. Ronald M. Whyte |
| Plaintiff, | ) in Dept. "6") |
| | ) |
| vs. | ) **STIPULATION BETWEEN** |
| | ) **PLAINTIFF NEIL B. GOLDBERG** |
| JAMES CAMERON and GALE ANN | ) **AND DEFENDANTS JAMES** |
| HURD, and DOES through 10,000, | ) **CAMERON AND GALE ANNE** |
| inclusive, | ) **HURD RE: SETTING DATE FOR** |
| | ) **CAMERON AND HURD TO** |
| Defendants. | ) **RESPOND TO GOLDBERG'S** |
| | ) **SECOND AMENDED COMPLAINT** |
| | *AND ORDER* |

---

STIPULATION RE: DATE FOR DEFENDANTS TO FILE RESPONSE TO GOLDBERG'S SECOND AMENDED COMPLAINT
C05-03534 (RMW)

1  IT IS HEREBY STIPULATED, by and between the parties to this action,
2  through their respective attorneys of record, as follows:
3  WHEREAS, on February 27, 2007, this Court issued an Order Granting in
4  Part and Denying in Part Defendants James Cameron ("Cameron") and Gale Ann
5  Hurd's ("Hurd") Motion to Dismiss Plaintiff Neil B. Goldberg's ("Goldberg") First
6  Amended Complaint pursuant to Rule 12(b)(6);
7  WHEREAS, on March 27, 2007, Goldberg filed and served his Second
8  Amended Complaint against Cameron and Hurd, which the parties agree will be
9  treated as though it was filed timely;
10 WHEREAS, counsel for Hurd, David Boren and Bruce Isaacs of Wyman &
11 Isaacs LLP, are both scheduled to be out of the office on separate pre-paid vacations
12 from April 5-8, 2007 and both have a long-standing commitment to participate in an
13 all-day charity event on April 9, 2007;
14 WHEREAS, due to these conflicts, the parties have agreed that Cameron and
15 Hurd may have up to and including April 17, 2007 to file and serve their response to
16 Goldberg's Second Amended Complaint;
17 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
18 and between the undersigned parties, through their counsel of record, and subject to
19 the approval of the court, that Cameron and Hurd may have up to and including April
20 17, 2007 to file and serve their response to Goldberg's Second Amended Complaint
21
22 IT IS SO STIPULATED.
23
24 Dated: April 5, 2007          LAW OFFICES OF DONALD C. SCHWARTZ
25
26                               By _____
27                               Donald C. Schwartz, Esq.
28                               Attorney for Plaintiff NEIL B. GOLDBERG

STIPULATION RE: DATE FOR DEFENDANTS TO FILE RESPONSE TO GOLDBERG'S SECOND AMENDED COMPLAINT
C05-03534 (RMW)
1

| | | |
|---|---|---|
| 1 | Dated: April 5, 2007 | WYMAN & ISAACS LLP |
| 2 | | |
| 3 | | |
| 4 | | By _/s/ Bruce Isaacs_ |
| 5 | | Bruce Isaacs, Esq. |
| 6 | | David Boren, Esq. |
| | | Attorneys for Defendant GALE ANN HURD |
| 7 | | |
| 8 | Dated: April 5, 2007 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By _/s/ Charles N. Shephard_ |
| 13 | | Charles N. Shephard, Esq. |
| | | Attorneys for Defendant JAMES CAMERON |

### ORDER

IT IS SO ORDERED.

Dated: 5/2/07

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION RE. DATE FOR DEFENDANTS TO FILE RESPONSE TO GOLDBERG'S SECOND AMENDED COMPLAINT
C05-03534 (RMW)
2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 8840 Wilshire Blvd., Second Floor, Beverly Hills, CA 90211.

On April 5, 2007, I served the document described as **"STIPULATION BETWEEN PLAINTIFF NEIL B. GOLDBERG AND DEFENDANTS JAMES CAMERON AND GALE ANNE HURD RE: DATE FOR FILING RESPONSE TO GOLDBERG'S SECOND AMENDED COMPLAINT"** upon the interested parties in this action in a sealed envelope addressed as follows:

| | |
|---|---|
| Donald C. Schwartz, Esq.<br>Law Offices of Donald Schwartz<br>7960-B Soquel Drive, No. 291<br>Aptos, CA 95003<br>triallaw@cruzio.com<br>Facsimile: (831) 685-4700<br>(Attorneys for Plaintiff NEIL B. GOLDBERG) | Charles N. Shephard, Esq.<br>Greenberg Glusker Fields Claman<br>Machtinger & Kinsella LLP<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, CA 90067-4590<br>cshephard@ggfirm.com<br>Facsimile: (310) 553-0687 |

__X__ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

__X__ **(By Facsimile Transmission)** I caused transmission to each of the interested parties at the facsimile machine telecopy number shown the foregoing document to be served by facsimile above.

____ **(By Personal Service)** I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on April 5, 2007, at Beverly Hills, California.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/S/_____
LINA PEARMAIN