1
2
3
4                                          **E-FILED on**   12/18/08
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11

**United States District Court**
**For the Northern District of California**

12   NEIL B. GOLDBERG,                    No. C-05-03534 RMW
13               Plaintiff,
14        v.                              ORDER CONTINUING HEARING ON
                                          DEFENDANTS' MOTION FOR SUMMARY
15   JAMES CAMERON, GALE ANN HURD, et     JUDGMENT ON CONDITION OF FEES
     al.
16                                        **[Re Docket Nos. 65, 69, 84]**
               Defendants.
17
18

19        The court continues defendants James Cameron and Gale Ann Hurd's motions for summary
20
     judgment to March 19, 2009 on the condition that plaintiff Neil Goldberg compensate defendants for
21
     a portion of their attorneys fees and costs incurred by having to appear on their motion.  There has
22
     been significant delay in this case.  Defendants reasonably waited before filing motions for summary
23
     judgment.  Plaintiff did not get counsel or file an opposition until just before the hearing.  Based on
24
     the case history and what was said at the hearing, defendants had a good faith basis for requesting
25
     the court to go forward with the hearing and grant summary judgment.
26
          Therefore, as a condition of continuing the summary judgment motions until March 19,
27
     2009, plaintiff Neil Goldberg must compensate defendants $500 dollars each to offset some of their
28

ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CONDITION OF FEES—No.
C-05-03534 RMW
JAS

1   attorneys fees and costs incurred in attending and preparing for the hearing.  The court does not

2   suggest that $500 is the total amount defendants incurred in attorneys fees and costs, but finds that

3   some partial compensation is here appropriate.

4          The court expects the parties to agree on any discovery needed to respond to the motions.  If

5   they cannot agree, plaintiff must file a request with the court setting forth the discovery necessary to

6   respond to the motion for summary judgment.  Defendants shall respond to that request within five

7   days.

8

9

10  DATED:        12/18/08                          _Ronald M Whyte_____

11                                                  RONALD M. WHYTE
                                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **Notice of this document has been sent to:**

2    **Plaintiff:**

3    Neil B Goldberg
     P.O. Box 2313
4    Aptos, CA 95001

5    **Counsel for Defendants:**

6    Charles Nathan Shephard     cshephard@ggfirm.com
     Bruce Alan Isaacs           bisaacs@wymanisaacs.com
7    David Boren                dboren@wymanisaacs.com

8

9    Counsel are responsible for distributing copies of this document to co-counsel that have not
     registered for e-filing under the court's CM/ECF program.
10

11

12
     **Dated:**     12/18/08                            JAS
13                                               **Chambers of Judge Whyte**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CONDITION OF FEES—No.
C-05-03534 RMW
JAS                                3