E-FILED on   01/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES CAMERON, GALE ANN HURD, et al.<br><br>   Defendants. | No. C-05-03534 RMW<br><br>ORDER REGARDING MOTION FOR ORDER APPROVING DISCOVERY<br><br>**[Re Docket No. 89]** |

Plaintiff Neil Goldberg moves for an order approving discovery to defend against Defendants' pending summary judgment motions. On December 18, 2008 the court continued the motions for summary judgment to Thursday, March 19, 2009 (later corrected to Friday, March 20, 2009) to allow Goldberg to respond. In that order, the court stated that if the parties could not agree on discovery, "plaintiff must file a request with the court setting forth the discovery necessary to respond to the motion for summary judgment." Plaintiffs motions for summary judgment focused exclusively on claims against Hurd and Cameron for their direct acts of infringement after August 21, 2002.

Plaintiff now moves for an order permitting discovery of pre-2002 events in support of a claim of contributory infringement against defendants. That discovery appears unnecessary to respond to the pending summary judgment motions, and is therefore denied. Plaintiff may take

ORDER REGARDING MOTION FOR ORDER APPROVING DISCOVERY—No. C-05-03534 RMW
JAS

1  discovery limited to that necessary to establish whether defendants committed any acts of direct
2  infringement after August 31, 2002.
3      Plaintiff may move to amend his complaint to include a claim for contributory infringement
4  if he wishes to assert that theory. If such motion is granted, the court will then rule, if necessary, on
5  discovery claims that arise. The parties are reminded that all discovery issues are referred to the
6  assigned magistrate.

9  DATED:     01/26/09                                    */s/ Ronald M. Whyte*
10                                                        RONALD M. WHYTE
                                                          United States District Judge

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Jefferson Thomas Stamp     jtstamp2002@yahoo.com

**Counsel for Defendants:**

Charles Nathan Shephard    cshephard@ggfirm.com
Bruce Alan Isaacs          bisaacs@wymanisaacs.com
David Boren                dboren@wymanisaacs.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   01/29/09                                    JAS
                                              **Chambers of Judge Whyte**