**E-FILED on**   3/19/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES CAMERON, GALE ANN HURD, and PACIFIC WESTERN PRODUCTIONS, INC.,<br><br>        Defendants. | No. C-05-03534 RMW<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW<br><br>**[Re Docket No. 142]** |

    Plaintiff's counsel Jefferson T. Stamp's motion to withdraw is granted. The address at which plaintiff will receive service is: P. O. Box 2313, Aptos, CA 95001, unless otherwise advised in writing by plaintiff. Although the court is sympathetic with plaintiff's request for appointment of a pro bono attorney, the court does not find that it can do so given the nature and circumstances of the case. However, the court will stay further proceedings in the action until April 19, 2010 to allow plaintiff to find new representation. Plaintiff may want to consider contacting the Santa Clara County Bar Association Lawyer Referral Service at (408) 971-6822.

DATED:    3/19/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW—No. C-05-03534 RMW
CCL

**Notice of this document has been sent to:**

**Plaintiff:**

Neil B. Goldberg
P.O. Box 2313
Aptos, CA 95001

**Counsel for Plaintiff:**

Jefferson Thomas Stamp      jtstamp2002@yahoo.com

**Counsel for Defendants:**

Charles Nathan Shephard     cshephard@ggfirm.com
Bruce Alan Isaacs           bisaacs@wymanisaacs.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/19/10                               CCL
                                        **Chambers of Judge Whyte**

ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW—No. C-05-03534 RMW
CCL                                     2