**E-FILED on** 9/27/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CAMERON, GALE ANN HURD, and PACIFIC WESTERN PRODUCTIONS, INC.,<br><br>Defendants. | No. C-05-03534 RMW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>**[Re Docket No. 161]** |

The court denies plaintiff's motion for a 120-day extension of time without prejudice to considering a short extension if plaintiff files a declaration indicating that he has counsel who would take the case if the dates were to be extended. This application would have to be supplemented by a declaration by counsel committing to take the case if the dates are extended.

DATED: 9/27/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR EXTENSION OF TIME—No. C-05-03534 RMW
CCL