Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 831-662-9892
Email: triallaw@cruzio.com
Attorney for Plaintiff
Neil B. Goldberg

FILED
2010 OCT 19  P 1:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. S.J.

*E-FILED - 10/21/10*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| NEIL B. GOLDBERG, | Case No. 5:05-CV-03534-RMW |
| Plaintiff, | |
| vs. | |
| JAMES CAMERON, GALE ANN HURD, PACIFIC WESTERN PRODUCTIONS, INC. and DOES 2 through 10,000, inclusive. | |

**SUBSTITUTION OF ATTORNEYS and ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD, please be advised that plaintiff Neil B. Goldberg hereby substitutes Donald C. Schwartz, Esq. into this action as his duly authorized representative in the place and stead of himself, in pro per.  Attorney Donald C. Schwartz can be served with all papers in this action as set forth above.

By this substitution, I am no longer representing myself in this matter.

Date: October 18, 2010

_____
Neil B. Goldberg, Plaintiff

1

Date: October 18, 2008      

　　　　　　　　　　　　　　　Donald C. Schwartz
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　Neil B. Goldberg

**ORDER**

IT IS SO ORDERED.

Date: 10/21/10

*Ronald M. Whyte*
Honorable Ronald Whyte
United States District Court Judge

2