**E-FILED on** 10/21/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CAMERON, GALE ANN HURD, and PACIFIC WESTERN PRODUCTIONS, INC.,<br><br>Defendants. | No. C-05-03534 RMW<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY DISCOVERY<br><br>[Re Docket No. 166] |

Plaintiff made a motion seeking a stay of discovery. That motion is denied. The court did indicate that it would consider a short extension of deadlines if plaintiff files a declaration indicating that he has counsel who would take the case if certain deadlines were to be extended. However, the current motion does not request an extension, short or otherwise, of any deadline. The court is not willing to stay discovery and vacate all dates as the moving papers seem to impliedly request.

DATED:    10/21/10

RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO STAY DISCOVERY—No. C-05-03534 RMW
CCL