**E-FILED on** 6/22/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES CAMERON, GALE ANN HURD, et al.<br><br>             Defendants. | No. C-05-03534 RMW<br><br>ORDER DENYING EX PARTE APPLICATION TO STAY MOTIONS FOR ATTORNEYS FEES OR ADJUST BRIEFING SCHEDULE<br><br>**[Re Docket No. 228]** |

Two days before the scheduled hearing on defendants' motions for attorneys' fees, and more than two months after the motions were filed, Plaintiff Neil B. Goldberg moves ex parte for an order staying the motions pending his appeal of the court's grant of summary judgment and entry of final judgment in favor of defendants or providing a new briefing schedule to give Goldberg an opportunity to oppose the motions. The fact that Goldberg has filed a notice of appeal has no bearing on these motions. Goldberg's ex parte motion is denied. The motions for attorneys' fees will be heard on June 24, 2011.

DATED:       6/22/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING EX PARTE APPLICATION TO STAY MOTIONS FOR ATTORNEYS FEES OR ADJUST BRIEFING SCHEDULE —No. C-05-03534 RMW
MEC